# United States Court of Appeals
# for the Federal Circuit

---

**MERLIN INTERNATIONAL, INC.,**
*Appellant,*

**v.**

**JANET A. NAPOLITANO, SECRETARY OF HOMELAND SECURITY,**
*Appellee.*

---

2012-1123

---

Appeal from the Civilian Board of Contract Appeals in no. 1012,2570.

---

**JUDGMENT**

---

DAVID C. AISENBERG, Looney Cohen & Aisenberg LLP, of Boston, Massachusetts, argued for appellant.

DOMENIQUE G. KIRCHNER, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With her on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and KIRK MANHARDT, Associate Director. Of counsel on the brief was MEGAN GEMUNDER, Attorney Advisor, United States Department of Homeland Security, of Washington, DC.

---

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS

ORDERED AND ADJUDGED:

PER CURIAM (PROST, MOORE, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 18, 2013          /s/ Jan Horbaly
    Date                         Jan Horbaly
                                 Clerk